IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

                                                                 CASE NO.: 8:23-CR-342

v.

ZAMIR MUNOZ BARRIOS,

    Defendant.
_____/

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING
AND REQUEST FOR EXTENSION OF
<u>SENTENCING FILING DEADLINES</u>**

The Defendant, Zamir Munoz Barrios ("Mr. Barrios"), by and through his undersigned counsel, move for the following forms of relief: (1) a continuance of his sentencing hearing currently set for February 19, 2026; and (2) an extension of the deadline for the submission of written objections to their Pre-Sentence Investigation Reports ("PSR"). In support thereof, Mr. Barrios states as follows:

**STATEMENT OF FACTS**

1.    On September 28, 2023 Mr. Barrios was Indicted for conspiracy to distribute a controlled substance being 5 kilograms or more of a mixture and substance containing cocaine intending to bring said substance into the United States in violation of 21 U.S.C. §§ 963 and 960(b)(1)(B)(ii). (D. E. 1)

1

2. On December 7, 2023 a Superceding Indictment was filed by the Government that did not encompass additional charges against Mr. Barrios. (D. E. 21).

3. On April 25, 2025 undersigned was CJA appointed to represent Mr. Barrios. (D. E. 120)

4. On October 31, 2025 Mr. Barrios plead guilty pursuant to a Plea Agreement. (D. E. 220)

5. On January 15, 2026 the PSR was filed. (D. E. 274).

6. As set forth below, the Defendant requires additional time to review the PSR in order to identify and resolve any sentencing guidelines issues before proceeding to sentencing. It will also be necessary for undersigned to conduct further investigation into the Defendant's role in the offense and alleged managerial conduct and to more fully investigate and present mitigation to the Court at the Defendant's sentencing.

7. As such, Mr. Barris respectfully requests a forty-five (45) day extension or greater period of time convenient with this Court's calendar.

**MEMORANDUM OF LAW AND GROUNDS FOR RELIEF SOUGHT**

Rule 32 of the Federal Rules of Criminal Procedure provides, in pertinent part, that a defendant's sentence should be imposed "without unnecessary delay," however, the "court may, for good cause," extend the time for sentencing. See Fed.

R. Crim. P. 32(b).   The deadline to submit written objections to a PSR are "within 14 days after receiving the presentence report." Fed. R. Crim. P. 32(f)(1). However, pursuant to Rule 45, this Court may extend a deadline for "good cause" where a party moves for such an extension "before the originally prescribed or previously extended time expires." See Fed. R. Crim. P. 45(b)(1)(A). The deadlines that the undersigned is seeking to extend have not yet expired.

Additionally, further review of the PSR with the Defendant will require additional time in order to identify and hopefully resolve any objections to the sentencing guideline calculations that are set forth in said PSR.   Finally, undersigned requests more time to investigate and present mitigation information to the Court at sentencing.

The factors set forth in 18 U.S.C. § 3553(a) recognize that a court should consider a broad range of information in determining a defendant's sentence. This principle is reaffirmed in the statutory requirement that "[n]o limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence." See 18 U.S.C. § 3661; *Nichols v. United States*, 511 U.S. 738, 747 (1994) (stating that it is appropriate for a court to conduct an inquiry broad in scope, largely unlimited as to the kind of information he may consider at sentencing) (citation omitted). In

addition, "the weight to be afforded any given argument made pursuant to one of the § 3553(a) factors is a matter firmly committed to the discretion of the sentencing judge and is beyond [the appellate court's] review." *United States v. Chavez*, 265 Fed. Appx. 821 (11th Cir. 2008) (quoting *United States v. Fernandez*, 443 F.3d 19, 32 (2d Cir. 2006)).

The undersigned counsel also has scheduling conflicts that necessitate the seeking of a continuance of the upcoming sentencing and an extension of the attendant deadlines. Undersigned counsel has deadlines in February, 2026 as follows:

(a) *United States v. Seth Downes*, No.: 6:24-cr-53 (M. D. Fla. Orl. Div.) (Sentencing scheduled for February 17, 2026);

(b) *United States v. Trisha Garren*, No.: 2:25-cr-32) (M. D. Ft. Myers Div.) (Sentencing scheduled for February 26, 2026);

(c) *State of Florida v. Zykia Harvey*, No.: 25-CF-15597 (Hillsborough County) (Trial set for the February 23, 2025);

(d) *United States v. Arkuria Lewis*, No.: 8:24-cr-416) (M. D. Tampa Div.) (Sentencing scheduled for February 25, 2026);

(e) *State of Florida v. Zaid Shahin,* No.: 25-CF-14973, 25-CF-14974 & 25-CF-14981 (Hillsborough County) (Trial scheduled for February 16, 2026.

4

In sum, the requested continuance and extensions are necessary so that the undersigned can effectively represent the Defendant at sentencing, and to ensure that the Defendant receives a sentence that is "sufficient, but not greater than necessary" to satisfy the goals of sentencing, as set forth in 18 U.S.C. § 3553(a). Based on the foregoing, "good cause" has been established justifying the continuance and extensions requested by the Defendant herein.

## CERTIFICATION OF CONFERRING WITH OPPOSING COUNSEL

8.  Undersigned certifies: (1) that the undersigned has conferred with opposing counsel; and (2) that counsel for the government does not oppose this motion.

## CONCLUSION

WHEREFORE, the Defendant respectfully requests that this Court enter an Order granting the following: (a) continuing the sentencing for the Defendants to a date that is convenient with this Court's schedule; and (b) extending the deadline for the filing of sentencing memorandums and motions to seven (7) days prior to the new sentencing date; and (c) extending the deadline for the submission of written objections to the PSR to thirty (30) days before the new sentencing date.

Respectfully submitted,

*/s Victor D. Martinez*
Victor D. Martinez, Esquire
Florida Bar No. 0444601
**VICTOR D. MARTINEZ, P.A.**

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2026, a copy of the foregoing has been filed with the clerk of the court by using the e-filing system.

/s/ *Victor D. Martinez*
Victor D. Martinez, Esquire
Florida Bar No. 0444601
Victor D. Martinez, P.A.
110 North 11th Street, First Floor
Tampa, Florida 33602
Telephone: (813) 289-0600
E-mail: vmartinez@tampabay.rr.com
Attorney for **Zamir Munoz Barrios**