UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO.  8:23-cr-342-JSM-SPF

ZAMIR MUNOZ BARRIOS

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e), the United States moves this Court to grant a four-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance.  USSG §5K1.1 18 U.S.C. § 3553(e). Here, defendant provided truthful and timely information to the United States which resulted in two of his co-defendants being indicted.

The United States believes that, because of his efforts on behalf of the United States, Zamir Munoz Barrios should receive a four-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion

for downward departure of defendant's sentence.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  */s/ Lauren Stoia*
LAUREN STOIA
Assistant United States Attorney
USAO No. 201
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lauren.stoia@usdoj.gov

**U.S. v. Zamir Munoz Barrios**          **Case No. 8:23-cr-342-JSM-SPF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Victor D. Martinez, Esq.

/s/ Lauren Stoia
LAUREN STOIA
Assistant United States Attorney
USAO No. 201
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: lauren.stoia@usdoj.gov